IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MEAGHAN YBOS,
MADISON GRAVES;
and RACHEL JOHNSON,

    Plaintiffs,

v.        No. 2:14-cv-02211-JTF-tmp

CITY OF MEMPHIS, TENNESSEE;
COUNTY OF SHELBY, TENNESSEE;
SHELBY COUNTY RAPE CRISIS CENTER, as agent;
MEMPHIS SEXUAL ASSAULT RESOURCE CENTER, as
agent; BILL GIBBONS, as agent;
AMY WEIRICH, SHELBY COUNTY DISTRICT ATTORNEY,
as agent; LARRY GODWIN, as agent;
TONEY ARMSTRONG, MEMPHIS POLICE DIRECTOR, as agent;
and ANTHONY ALLIANO; and other unknown entities and
unnamed individuals.

    Defendants.

---

### ORDER OF DISMISSAL

---

    Before the Court is Plaintiffs' Notice of Voluntary Dismissal filed on August 15, 2014.  (ECF No. 56).  Plaintiffs indicate that the Defendants have not responded to the complaint nor filed a dispositive pleading in this matter. Based on Plaintiffs' Notice, the Court orders this case dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

    **IT IS SO ORDERED** on this 15th day of August, 2014.

                            *s/ John T. Fowlkes, Jr.*
                            JOHN T. FOWLKES, JR.
                            UNITED STATES DISTRICT JUDGE